208 F.2d 798
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
Geofge S. WALLACE, Jr., R. P. Maclay, Edward T. Eversole,
and John A. Eversole, co-partners, doing business
as Star Mining Company.
 No. 14950.
 United States Court of Appeals
Eighth Circuit.
 Nov. 9, 1953.
 
 David P. Findling, Associate General Counsel, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D.C., for petitioner.
 Jackson F. Adams, St. Louis, Mo., for respondents.
 
 
 1
 Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.